FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT
### LOS ANGELES COUNTY - SPRING STREET DIVISION

| | |
|---|---|
| IMAGE ENTERTAINMENT, INC., a California corporation; NEW LINE TELEVISION, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE OVER THE HILL GANG PTY LTD.; a business entity form unknown; PERFECT TIMING MEDIA CORP., a California corporation; LIBERTY INTERNATIONAL ENTERTAINMENT INC., a Nevada corporation and DOES 1-10,<br><br>Defendants. | Case No. CV 03-5946 AHM (RCx)<br><br>Honorable Christina A. Snyder<br><br>JUDGMENT |

On January 8, 2003 the Honorable Christina A. Snyder entered an Order Confirming the Arbitration Award in favor of Plaintiffs New Line Television Inc. and Image Entertainment Inc. Plaintiffs hereby pray for Judgment to be entered in conformity with the Order confirming with the Arbitration Award.

IT IS ORDERED AND ADJUDGED that plaintiff New Line Television, Inc. ("New Line") owns the home video distribution rights to the first

DOCKETED ON CM
MAY 14 2004

through third seasons of the television show *Sir Arthur Conan Doyle's The Lost World* (the "Series") and that New Line and plaintiff Image Entertainment, Inc. ("Image") have a valid and enforceable license agreement for Image to distribute the Series on home video.

Plaintiffs shall recover their attorneys' fees in the amount of $_____0_____ and costs in the amount of $___0___, for a total of $___0___ as determined by the Court in its discretion.

IT IS SO ORDERED.

_____
United States District Judge

DATED: May 10, 2004

_____
CHRISTINE A. SNYDER
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MANATT, PHELPS, & PHILLIPS, LLP
JACK S. YEH
GINA M. SAMORE
YOANNA SILVERA

_____
Jack S. Yeh
*Attorneys for Plaintiffs*
Image Entertainment, Inc. and
New Line Television, Inc.